IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH D. MARCY, | : | |
| | : | 3:17-cv-00411 |
| Petitioner, | : | (JUDGE MARIANI) |
| | : | (Magistrate Judge Arbuckle) |
| v. | : | |
| | : | |
| WARDEN, SCI GRATERFORD, et al. | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW, THIS 17th DAY OF APRIL 2020**, for the reasons set forth in this Court's accompanying memorandum opinion, upon *de novo* review of Magistrate Judge Arbuckle's Report and Recommendation (Doc. 22), the Commonwealth of Pennsylvania's Objections (Doc. 23), the Petitioner Joseph D. Marcy's Petition for a Writ of Habeas Corpus pursuant to U.S.C. 28 § 2254 (Doc. 1), and all other relevant documents, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 22) is **NOT ADOPTED** for the reasons set forth in this Court's memorandum opinion.

2. Respondents' Objections are **SUSTAINED** to the extent consistent with this Court's memorandum opinion.

3. The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2245 (Doc. 1) is **DISMISSED**.

4. A Certificate of Appealability **SHALL NOT ISSUE**.

5. Petitioner's Motion to Grant Habeas Bail (Doc. 25) is **DENIED** as moot.

6. Petitioner's Motions to Amend Habeas Findings (Docs. 26, 27) are **DENIED** as moot.

7. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                               _s/ *Robert D. Mariani*_____
                                               Robert D. Mariani
                                               United States District Judge